UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

STEVEN LAYNE WILLIAMS,

    Plaintiff,

v.                                            Case No. 6:23-cv-419-RBD-LLL

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____

## ORDER

On referral in this Social Security case, U.S. Magistrate Judge Laura Lothman Lambert entered a report recommending that the Court grant the Commissioner's unopposed motion for judgment under sentence four of 42 U.S.C. § 405(g). (Doc. 26 ("Motion"); Doc. 27 ("R&R").) The parties did not object and the time has passed, so the Court examines the R&R for clear error only. *See Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding none, the R&R is due to be adopted in its entirety.

Accordingly, it is hereby **ORDERED AND ADJUDGED**:

1.     The R&R (Doc. 27) is **ADOPTED AND CONFIRMED** and made a part of this Order in its entirety.

2.     The Motion (Doc. 26) is **GRANTED**.

3. The Clerk is **DIRECTED** to enter judgment reversing and remanding the case pursuant to sentence four of 42 U.S.C. § 405(g) with the following instructions: On remand, the case will be remanded to an administrative law judge who will offer Plaintiff the opportunity for a new hearing, take any further action needed to complete the administrative record, and issue a new decision.

4. The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on September 18, 2023.



ROY B. DALTON, JR.
United States District Judge