UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

STEVEN LAYNE WILLIAMS,

    Plaintiff,

v.                                                         Case No. 6:23-cv-419-RBD-LLL

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____

## ORDER

On referral in this closed Social Security case, U.S. Magistrate Judge Laura Lothman Lambert entered a Report and Recommendation submitting that the Court should grant Plaintiff's motion for attorney's fees. (Doc. 31 ("R&R").) The parties did not object and the time has passed, so the Court examines the R&R for clear error only. *See Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding none, the R&R is due to be adopted in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED**:

1. The R&R (Doc. 31) is **ADOPTED AND CONFIRMED** and made a part of this Order in its entirety.

2. Plaintiff's motion for attorney's fees pursuant to the Equal Access to Justice Act (Doc. 30) is **GRANTED**.

3. The Clerk is **DIRECTED** to enter judgment in favor of Plaintiff and against the Commissioner for attorney's fees in the amount of $5,451.42.

4. The Commissioner is **PERMITTED** to exercise discretion to honor Plaintiff's assignment of fees to counsel if the U.S. Department of the Treasury determines that Plaintiff does not owe a debt to the U.S. Government.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on December 22, 2023.



ROY B. DALTON, JR.
United States District Judge